UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00002-SAB (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

    Plaintiff Earl Simpson is a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

    Plaintiff's application to proceed in forma pauperis is deficient in that it does not include Plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; Fed. R. Civ. P. 11(a).

///

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with Plaintiff's original signature, or in the alternative, pay the $400.00 filing fee for this action; and

2. The failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated: __**January 6, 2016**__

UNITED STATES MAGISTRATE JUDGE