UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>           Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>           Defendants. | Case No.: 1:16-cv-00002-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 4] |

    Plaintiff Earl Simpson is a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on February 8, 2016.  Local Rule 302.

    On January 6, 2016, the Court issued an order for Plaintiff to submit a signed application to proceed in forma pauperis or pay the $400.00 filing fee within thirty days.  To date, Plaintiff has not complied or otherwise responded to the Court's order.  Accordingly, within thirty days from the date of service of this order Plaintiff shall show cause why this action should not be dismissed for failure to

1

1 comply with a court order, namely failure to submit an application to proceed in forma pauperis or pay
2 the filing fee.  Failure to comply with this order will result in dismissal of the action.  Local Rule 110.

4 IT IS SO ORDERED.

5 Dated:   **February 19, 2016**
6                         UNITED STATES MAGISTRATE JUDGE