UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00002-SAB (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>[ECF Nos. 4, 7] |

Plaintiff Earl Simpson is a civil detainee proceeding pro se pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States magistrate judge on February 8, 2016. Local Rule 302. (ECF No. 5.)

Plaintiff filed the instant action on January 4, 2016. On this same date, Plaintiff submitted an application to proceed in forma pauperis; however, the application was deficient in that it did not include Plaintiff's required original signature. Local Rule 131; Fed. R. Civ. P. 11(a). On January 16, 2016, the Court issued an order directing Plaintiff to submit a signed application to proceed in forma pauperis or pay the $400.00 filing fee within thirty days. (ECF No. 4.) Plaintiff failed to comply or otherwise respond to the Court's order. Therefore, on February 19, 2016, the Court ordered Plaintiff to show cause within thirty days why the action should not be dismissed for failure to comply with a court order. The thirty day time frame has expired and Plaintiff has failed to respond to the Court's

///

1

order. Plaintiff was warned that dismissal would occur if he failed to obey the order. (ECF No. 7, Order at 2:2.)

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __**March 29, 2016**__

UNITED STATES MAGISTRATE JUDGE